# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CYRUS PETTIS,

    Plaintiff,

v.                                            Case No. 5:19-cv-491-TKW/MJF

MARK S. INCH, *et al*.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 11). No objections were filed.[1] Upon due consideration of the Report and Recommendation and the case, filed the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED**, and the Clerk shall close the file.

---

[1] This is unsurprising because the Report and Recommendation was returned as undeliverable even though it was mailed to Plaintiff's address of record. *Compare* Doc. 12, at 1 *with* Doc. 6, at 1. Plaintiff's failure to keep the Court apprised of his current address is further evidence of his failure to prosecute this case.

**DONE and ORDERED** this 4th day of June, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**